IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL VALENTINE GARDNER,                                                PLAINTIFF
ADC # 175884

v.                              4:22CV01138-JM-JTK

DEXTER PAYNE, et al.                                                      DEFENDANTS

### ORDER

This action was originally filed as a Petition for Writ of Habeas Corpus. (Doc. No. 1). On March 3, 2023, the Court informed Michael Valentine Gardner ("Plaintiff") that his claims were not appropriate for consideration as a habeas corpus petition. (Doc. No. 23). Plaintiff was given the chance to pursue his conditions of confinement claims by converting his petition to a civil complaint. (Id.).

On March 20, 2023, Plaintiff informed the Court that he wished to pursue his civil claims and asked for in forma pauperis status. (Doc. No. 28). Plaintiff's request to proceed with his civil claims is granted; his request for in forma pauperis status is denied without prejudice because he has not included the needed paperwork.

On March 29, 2023, the Court reclassified the nature of this action as falling under 42 U.S.C. § 1983 and directed the Clerk of the Court to send Plaintiff an application to proceed in forma pauperis. (Doc. No. 30).

Under the Prison Litigation Reform Act ("PLRA"), a prisoner who is permitted to file a civil action in forma pauperis still must pay the full statutory filing fee of $350.[1] 28 U.S.C. § 1915(b)(1). The only question is whether a prisoner will pay the entire filing fee at the initiation

---

[1] Effective December 1, 2020, the statutory filing fee for civil actions increased to $402, due to the implementation of a $52 administrative fee. This $52 fee does not, however, apply to in forma pauperis actions.

of the proceeding or in installments over a period of time. Ashley v. Dilworth, 147 F.3d 715, 716 (8th Cir. 1998). Even if a prisoner is without assets and unable to pay an initial filing fee, he/she will be allowed to proceed with his/her §1983 claims and the filing fee will be collected by the Court in installments from the prisoner's inmate trust account. 28 U.S.C. § 1915(b)(4). **If the prisoner's case is subsequently dismissed for any reason, including a determination that it is frivolous, malicious, fails to state a claim, or seeks monetary relief against a defendant who is immune from such relief, the full amount of the $350 filing fee will be collected and no portion of this filing fee will be refunded to the prisoner.**

The PLRA requires Plaintiff to submit a proper and complete application to proceed in forma pauperis, along with a calculation sheet prepared and signed by an authorized officer of the incarcerating facility, if he/she wishes to pay the filing fee in installments. Plaintiff must submit, within thirty (30) days from entry of this Order, either: (1) the statutory filing fee of $402; or (2) a proper and complete IFP Motion, **with the required calculation sheet signed by an authorized official of the facility at which he/she is confined**.

Because Plaintiff says he has had difficulty getting Arkansas Division of Correction officials to complete the financial paperwork, the Court will seek the assistance of the Warden of the Grimes Unit with this matter.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Order (Doc. No. 28) is GRANTED as to his request to pursue his civil claims and DENIED without prejudice as to his request for in forma pauperis status;

2. Plaintiff must submit either the $402 statutory filing fee or an In Forma Pauperis Motion within thirty days of the entry date of this Order;[2] and

---

[2] The Plaintiff is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states, in part: "If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without

3.	The Clerk of the Court is directed to send a copy of this Order to the Warden of the Grimes Unit of the Arkansas Division of Correction, 300 Corrections Drive, Newport, Arkansas 72112.

4.	The Clerk is further directed to send Plaintiff an application to proceed in forma pauperis, including calculation sheet.

Dated this 31st day of March, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

prejudice.  Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."