IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL VALENTINE GARDNER,**                                    **PLAINTIFF**
**ADC # 175884**

v.                    CASE NO: 4:22-cv-01138-JM-JTK

**DEXTER PAYNE, et al.**                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition, docket # 45, submitted by United States Magistrate Judge Jerome T. Kearney. After carefully considering Mr. Gardner's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. This action is DISMISSED without prejudice for failure to state a claim on which relief may be granted;

2. The Court recommends[1] that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g);

3. All remaining motions are denied as moot   (docket #'s 38 and 41); and

---

[1] The number of strikes a plaintiff has accrued may be determined only by looking backwards to past dismissals; 28 U.S.C. § 1915(g) leaves the effective decision to the later tribunal. Gonzalez v. United States, 23 F. 4th 788, 789-91 (8th Cir. 2022).

4.	The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an <u>in forma pauperis</u> appeal from any Order adopting these recommendations and accompanying Judgment would not be taken in good faith.

DATED this 17th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE