# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MICHAEL VALENTINE GARDNER,**                                    **PLAINTIFF**
**ADC # 175884**

v.                          **CASE NO: 4:22-cv-01138-JM-JTK**

**DEXTER PAYNE, et al.**                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 17th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE